**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-03390-REB-BNB

NATIONAL CASUALTY COMPANY,
    Plaintiff,
v.

A&H CARRIERS, INC.,
RONALD HUGHES, and
SYNDEE HUGHES,
    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on **Plaintiff's Renewed Stipulated Motion For Dismissal With Prejudice**[#34][1] filed May 2, 2014.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Renewed Stipulated Motion For Dismissal With Prejudice**[#34] filed May 2, 2014, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE**.

Dated May 2, 2014, at Denver, Colorado.

                          **BY THE COURT:**

                          */s/ Bob Blackburn*
                          Robert E. Blackburn
                          United States District Judge

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.